UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KARIM CHRISTIAN KAMAL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | No. CV 17-01986-RGK (DFM)<br><br>Order Accepting Final Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the First Amended Complaint, the parties' moving and opposition papers, and the Final Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has also reviewed Plaintiffs' and certain Defendants' written objections and supplemental objections to the Report and Recommendation, and responses thereto, and made a de novo determination of those portions of the Report and Recommendation to which objections are made. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

IT IS THEREFORE ORDERED that:

1. The Final Report and Recommendation is approved and accepted.

2. The CHP Defendants' motions to dismiss (Dkts. 54, 70, 84) are GRANTED with prejudice as to Plaintiff's claims arising from Predicate Acts 14-15 and without prejudice as to all remaining claims.

3. The County Defendants' motion to dismiss and motion to strike (Dkt. 49) are GRANTED with prejudice as to Plaintiff's civil RICO, § 1983 civil rights, and conspiracy claims arising from Predicate Acts 1-16, 18, 19(b) and without prejudice as to all remaining claims.

4. The Attorney Defendants' motions to dismiss (Dkts. 50, 61) are GRANTED with prejudice as to Plaintiff's civil RICO, § 1983 civil rights, and conspiracy claims arising from Predicate Acts 1-16, 18, 19(b) and without prejudice as to all remaining claims.

5. The County Defendants' anti-SLAPP special motion to strike (Dkt. 52) is DENIED.

Should Plaintiff wish to proceed with this action, he is ORDERED to file a Second Amended Complaint remedying the deficiencies identified in the Final Report and Recommendation within twenty-one (21) days of this Order.

Dated: September 07, 2018

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge