# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KARIM CHRISTIAN KAMAL, Plaintiff, v. COUNTY OF LOS ANGELES, et al., Defendants. | No. CV 17-01986-RGK (DFM) Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is approved and accepted.

2. The State Defendants' motion to dismiss is GRANTED with prejudice.

3. The Attorney Defendants' motion to dismiss is GRANTED with prejudice.

4. Alma Aguirre's motion to dismiss is GRANTED with prejudice.

5. The CHP Defendants' motion to dismiss is GRANTED without prejudice.

Should Plaintiff wish to proceed with this action, he is ORDERED to file a Third Amended Complaint remedying the deficiencies identified in the Report and Recommendation within thirty-five (35) days of this Order.

Date: June 17, 2019

R. GARY KLAUSNER
United States District Judge