# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KARIM CHRISTIAN KAMAL,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | No. CV 17-01986-RGK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///
///

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. The CHP Defendants' motions to dismiss are GRANTED.
3. Judgment shall be entered dismissing this action with prejudice.

Date: December 23, 2019

R. GARY KLAUSNER
United States District Judge